## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JONATHAN GEORGIADIS as Personal Representative of the Estate of MICHAEL A. GEORGIADIS, as Executor of the Estate of MICHAEL A. GEORGIADIS, and individually, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-15-854-M |
| AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA, | ) ) ) | |
| Defendant. | ) | |

### ORDER

On June 15, 2016, plaintiff filed a Dismissal with Prejudice [docket no. 12], which this Court construes as a motion to dismiss with prejudice. Upon review of plaintiff's dismissal with prejudice, the Court GRANTS plaintiff's motion to dismiss with prejudice and DISMISSES this action with prejudice.

**IT IS SO ORDERED this 16th day of June, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE